No. 92–6586. Church v. United States. C. A. 7th Cir. Certiorari denied.

No. 92–6588. Henley v. United States. C. A. 10th Cir. Certiorari denied.

No. 92–6589. Molano-Garza v. United States Parole Commission. C. A. 5th Cir. Certiorari denied.

No. 92–6590. Whitehead v. United States. C. A. 4th Cir. Certiorari denied.

No. 92–6599. Gilman v. Estelle, Warden. C. A. 9th Cir. Certiorari denied.

No. 92–6600. Galford v. Massachusetts. Sup. Jud. Ct. Mass. Certiorari denied.

No. 92–6601. Brooks v. Bailey. Sup. Ct. Ala. Certiorari denied.

No. 92–6602. Sims v. Florida. Sup. Ct. Fla. Certiorari denied.

No. 92–6606. Garcia Luevanos v. United States. C. A. 9th Cir. Certiorari denied.

No. 92–6607. Meggers v. United States. C. A. 8th Cir. Certiorari denied.

No. 92–6608. Lane v. Collins, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 92–6610. Atanasoff v. Dovicio et al. Ct. App. Ariz. Certiorari denied.

No. 92–6613. Valenzuela v. United States. C. A. 9th Cir. Certiorari denied.

No. 92–6614. Brager v. Collins, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.